# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Donald Robert Moore, II | Case Number: 0980 1:14CR02073-WFN-1 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 20, 2015

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 12 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Scott Jones | Date Supervision Commenced: September 25, 2015 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: September 24, 2018 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

       **Supporting Evidence**: On September 29, 2015, Donald Moore signed his conditions of supervised release, indicating he understood all conditions ordered by the Court. Specifically, Mr. Moore was made aware by his U.S. probation officer that he follow the instructions of the probation officer

       On September 7, 2017, Donald Moore was directed by the U.S. Probation Office to report to the scheduled Sobriety Treatment and Education Prevention (STEP) session on September 21, 2017. Mr. Moore failed to report as directed.

2     **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

       **Supporting Evidence**: On September 29, 2015, Donald Moore signed his conditions of supervised release, indicating he understood all conditions ordered by the Court.

Specifically, Mr. Moore was made aware by his U.S. probation officer that he shall refrain from excessive use of alcohol.

Mr. Moore has admitted to the probation office on September 7 and 19, 2017, that he was intoxicated.

3     **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On September 29, 2015, Donald Moore signed his conditions of supervised release, indicating he understood all conditions ordered by the Court. Specifically, Mr. Moore was made aware by his U.S. probation officer that shall he undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare.

Donald Moore failed to report for his scheduled substance abuse treatment sessions at Alcohol Drug Education Prevention Treatment, Inc. (ADEPT) on September 7, 14, and 20, 2017.

4     **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On September 29, 2015, Donald Moore signed his conditions of supervised release, indicating he understood all conditions ordered by the Court. Specifically, Mr. Moore was made aware by his U.S. probation officer that he shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Donald Moore failed to report for substance abuse testing as directed on September 8, 18, and 19, 2017.

5     **Special Condition # 18**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On September 29, 2015, Donald Moore signed his conditions of supervised release, indicating he understood all conditions ordered by the Court. Specifically, Mr. Moore was made aware by his U.S. probation officer that he abstain from alcohol

Mr. Moore reported to the probation office on September 7 and 19, 2017, that he was intoxicated.

Prob12C
**Re: Moore, II, Donald Robert**
**September 21, 2017**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/21/2017

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

9/21/2017
Date